FILED

2018 JUN 27 PM 1: 04

U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | JUDGE CARR |
| ) | |
| v. ) | CASE NO. 3:18 CR 347 |
| ) | Title 8, Section 1326, United |
| OMAR ROVLERO-MORALES AKA ) | States Code and Title 18, Section |
| OMAR ROBLEDO-MORALES, ) | 1001, United States Code |
| ) | |
| Defendant. | |

### COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. Section 1326)

The Grand Jury charges:

1. On or about June 5, 2018, in the Northern District of Ohio, Western Division, the Defendant, OMAR ROVLERO-MORALES AKA OMAR ROBLEDO-MORALES, an alien, was found in the United States after having been denied, excluded, and removed from the United States on three occasions, to wit:

    a. On or about October 1, 2008, defendant was found in the United States and removed to Mexico;

    b. On or about June 13, 2015, defendant was found in the United States and removed to Mexico;

not having obtained the consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (6 U.S.C. §§ 202(3), (4) and 557), to reapply for admission into the United States, in violation of Title 8, United States Code, Section 1326.

<u>COUNT 2</u>
(Making False Entries, in violation of 18 U.S.C. Section 1001)

The Grand Jury further charges:

2. On or about June 5, 2018, in the Northern District of Ohio, Western Division, the Defendant, OMAR ROVLERO-MORALES AKA OMAR ROBLEDO-MORALES, knowingly made or used any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, in violation of Title 18, United States Code, Section 1001.

A TRUE BILL.

Original document  - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.